IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**LEE GORDON LAMB,**

    Plaintiff,

v.

**STEVE FRANKE et al.,**

    Defendants.

No. 2:12-cv-00367-MO

JUDGMENT

**MOSMAN, J.,**

    Based upon my Opinion and Order,

    IT IS ORDERED AND ADJUDGED that this case is DISMISSED without prejudice.

Pending motions, if any, are DENIED AS MOOT.

    DATED this 14 day of February, 2013.

    MICHAEL W. MOSMAN
    United States District Judge

1 – JUDGMENT